No. 1367, Misc. KAUFFMAN v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1369, Misc. LARKIN v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for the United States. ■■■■■■

No. 1398, Misc. COLE ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. ■■■■■■

No. 1402, Misc. WILLARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1415, Misc. LUCAS v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1424, Misc. CAUDILL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1427, Misc. KNAUB v. MEIER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1461, Misc. LYONS v. JOHNSON ET AL. C. A. 9th Cir. Certiorari denied. *Luther M. Carr* for Johnson et al., *Vernon L. Goodin* for Tebaldi et al., and *Edward J. Saunders* for Corey, respondents. ■■■■■■

No. 1469, Misc. BRIGGS v. TEXAS ET AL. Sup. Ct. Tex. Certiorari denied.

No. 1470, Misc. HOLLINS v. BIGGS ET AL. C. A. 7th Cir. Certiorari denied.